UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ABRAHAM ZITRONENBAUM,
                         Plaintiff,

v.

                                                ORDER

EQUIFAX INFORMATION SERVICES, LLC,
et al.,                                         20-CV-05698-PMH

                        Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       The Court has been informed that Plaintiff Abraham Zitronenbaum ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") have reached a settlement in principle in this case. (Doc. 41). Accordingly, it hereby ORDERED that Plaintiff's claims against Equifax only are dismissed without costs and without prejudice to restoring the action against Equifax, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reassert claims against Equifax filed after sixty (60) days from the date of this Order may be denied solely on that basis. The Court directs the Clerk to remove Equifax from the docket.

Dated:  New York, New York
           January 14, 2021

                                                              _____
                                                              Philip M. Halpern
                                                              United States District Judge